United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 14, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>JUST ENERGY GROUP INC., et al.,<br><br>Debtors in a Foreign Proceeding.[1] | Chapter 15<br>Case No. 21-30823 (MI) |
| JUST ENERGY TEXAS LP, FULCRUM RETAIL ENERGY LLC, HUDSON ENERGY SERVICES LLC, and JUST ENERGY GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. and the PUBLIC UTILITY COMMISSION OF TEXAS, INC.,<br><br>Defendants. | Adv. Pro. 21-04399 (MI) |

**ORDER GRANTING JUST ENERGY'S MOTION FOR DISCOVERY CONFERENCE**

Denied. At the January 5, 2022 conference, the Court will determine the extent and timing of permissble discovery.

Signed: December 14, 2021

Marvin Isgur
United States Bankruptcy Judge

at ... or telephonic participation, the dial-in telephone number is **832-917-1510** and the conference code is **954554**. For video participation, use GoToMeeting: www.gotomeeting.com; select "Join" and

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Complaint [ECF No. 1].

10685-00001/13097490.1

enter the meeting code "JudgeIsgur." Please dial in at least 5 minutes before the hearing is scheduled. Parties are permitted to participate by dial-in without any permission or notification to the Court. Please see Judge Isgur's Court Procedures for additional instructions: https://www.txs.uscourts.gov/sites/txs/files/Court%20Procedures%20October%202022%2C%202020 20_0.pdf

SIGNED:

_____
MARVIN ISGUR
United States Bankruptcy Judge