# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> JUST ENERGY GROUP INC., *et al.* <br><br> Debtors in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 21-30823 (MI) |
| JUST ENERGY TEXAS LP, FULCRUM RETAIL ENERGY LLC, HUDSON SERVICE LLC, and JUST ENERGY GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. and the PUBLIC UTILITY COMMISSION OF TEXAS, INC., <br><br> Defendants. | Adv. Proc. No. 21-04399 |

**ORDER GRANTING MOTION OF NRG ENERGY, INC. AND CALPINE CORPORATION TO INTERVENE**

Upon consideration of the *Motion of NRG Energy, Inc. and Calpine Corporation to Intervene* (the "Motion")[1] [Adv. Docket No. __], any objections and other responses filed in connection with the Motion, and all arguments of counsel at the hearing on the Motion (the "Hearing"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district

---

[1] Capitalized terms used but not defined herein have the meaning given in the Motion.

is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found it may enter a final order consistent with Article III of the United States Constitution; and after due deliberation and for the reasons stated on the record at the Hearing, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**; and

2. Each of the Generators is hereby permitted to intervene in all respects in the above-captioned adversary proceeding as an intervenor-defendant party under Bankruptcy Rule 7024.

**Date**: _____

_____
**HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE**