United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 18, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 21-30823 |
| **JUST ENERGY GROUP INC.**, *et al.*, | § | |
| | § | CHAPTER 15 |
| Debtors. | § | |
| | § | |
| **JUST ENERGY TEXAS LP**, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 21-4399 |
| | § | |
| **ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.**, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

1. NRG Energy, Inc., Calpine Corporation, and Luminant Energy Company LLC (the "Intervenors") may intervene in this adversary proceeding.

2. The Intervenors may only intervene on issues with potential precedential value. The Intervenors may not intervene on underlying factual disputes.

SIGNED 01/18/2022

Marvin Isgur
United States Bankruptcy Judge