United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 14, 2022
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO: 21-30823** |
| JUST ENERGY GROUP INC., *et al.*, | § § | **CHAPTER 15** |
| Debtors. | § § | |
| JUST ENERGY TEXAS LP, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | **ADVERSARY NO. 21-4399** |
| ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., | § § § | |
| Defendant. | § § | |

### ORDER REASSIGNING ADVERSARY PROCEEDING

The Court orders:

1. This adversary proceeding is reassigned to Judge David R. Jones.

2. The scheduling order entered at ECF No. 115 remains in force.

3. All deadlines and settings are moved to Judge Jones' calendar.

SIGNED 03/14/2022

_____
Marvin Isgur
United States Bankruptcy Judge