IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>JUST ENERGY GROUP INC., *et al*.,<br><br>Debtors in a Foreign Proceeding.[1] | Chapter 15<br><br>Case No. 21-30823 (MI) |
| JUST ENERGY TEXAS LP, FULCRUM RETAIL ENERGY LLC, HUDSON SERVICES LLC, and JUST ENERGY GROUP, INC.,<br><br>                   Plaintiffs,<br><br>    v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>                   Defendants. | Adv. Proc. No. 21-04399 (DRJ) |

**ORDER ABATING ADVERSARY-PROCEEDING DEADLINES WHILE FOREIGN REPRESENTATIVE SEEKS DIRECTION FROM CANADIAN COURT**

For the reasons stated on the record during the hearing held on April 4, 2022 (the "**Hearing**") in the above-captioned proceeding the ("**Adversary Proceeding**") to consider the Electric Reliability Council of Texas, Inc.'s Motion To Dismiss First Amended Complaint And For Abstention [ECF Nos. 127, 138] and Plaintiffs' Objection thereto [ECF No. 132],

**IT IS HEREBY ORDERED THAT**:

1.    All deadlines in the Adversary Proceeding are stayed pending further Order of the Court so that the Foreign Representative[2] can seek direction from the Canadian Court with respect

---

[1]    The identifying four digits of Just Energy Group Inc.'s local Canada tax identification number are 0469. A complete list of debtor entities in these chapter 15 cases may be obtained at www.omniagentsolution.com/justenergy.

[2]    Capitalized terms not defined herein have the meanings ascribed to them in the First Amended Complaint [ECF No. 95].

to the prosecution of the claims brought by Plaintiffs in the Adversary Proceeding and any related relief.

      2.      Just Energy will ensure that a copy of the transcript from the Hearing is filed with the Canadian Court.

      3.      The Hearing shall be continued until rescheduled by the Court.

DATED:

                                                        _____
                                                        DAVID R. JONES
                                                        UNITED STATES BANKRUPTCY JUDGE