IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>JUST ENERGY GROUP INC., *et al.*,<br><br>Debtors in a Foreign Proceeding.[1] | Chapter 15<br><br>Case No. 21-30823 (MI) |
| JUST ENERGY TEXAS LP, FULCRUM RETAIL ENERGY LLC, HUDSON SERVICES LLC, and JUST ENERGY GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>Defendants. | Adv. Proc. No. 21-04399 ) |

**ORDER ABATING ADVERSARY-PROCEEDING WHILE FOREIGN REPRESENTATIVE SEEKS DIRECTION FROM CANADIAN COURT**

Pursuant to the agreement of the parties and for the reasons stated on the record during the hearing held on April 4, 2022 (the "**Hearing**") in the above-captioned proceeding (the "**Adversary Proceeding**") to consider the Electric Reliability Council of Texas, Inc.'s Motion To Dismiss First Amended Complaint And For Abstention [Docket Nos. 127, 138] and Plaintiffs' Objection thereto [Docket No. 132],

**IT IS HEREBY ORDERED THAT**:

---

[1] The identifying four digits of Just Energy Group Inc.'s local Canada tax identification number are 0469. A complete list of debtor entities in these chapter 15 cases may be obtained at www.omniagentsolution.com/justenergy.

1. The Adversary Proceeding is abated and all deadlines in the Adversary Proceeding are stayed pending further Order of the Court so that the Foreign Representative[2] can seek direction from the Canadian Court with respect to the standing to prosecute the claims in the Adversary Proceeding.

2. The Hearing shall be continued until rescheduled by the Court.

DATED:   April [ ], 2022
         Houston, Texas

                                                    _____
                                                    DAVID R. JONES
                                                    UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not defined herein have the meanings ascribed to them in the First Amended Complaint [Docket No. 95].

4867-7951-4138v.1 .