United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 09, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>JUST ENERGY GROUP INC., et al.,<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 21-30823 (MI) |
| JUST ENERGY TEXAS LP, FULCRUM RETAIL ENERGY LLC, HUDSON ENERGY SERVICES LLC, JUST ENERGY GROUP, INC., and LUMINANT ENERGY COMPANY LLC,<br><br>Plaintiffs and Plaintiff-Intervenor,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., NRG ENERGY INC. and CALPINE CORPORATION,<br><br>Defendant and Defendant-Intervenors. | Adv. Pro. 21-04399 (DRJ) |

## ORDER STAYING ADVERSARY PROCEEDING

**WHEREAS** On July 19, 2022, the Court entered the Order Certifying Direct Interlocutory Appeal [ECF No. 226] (the "**Certification Order**"), which, among other things, certified for direct appeal to the United States Court of Appeals for the Fifth Circuit the Court's decision and Order (the "**MTD Order**") granting in part and denying in part ERCOT's Motion To Dismiss Just Energy's Second Amended Complaint;

**WHEREAS** on January 5, 2023, the Fifth Circuit issued an opinion finding that this Court's "refusal to abstain under *Burford* was in error"; that "[a]bstention under *Burford* is proper"; and remanding the case to this Court "with instructions to determine the appropriate

1

trajectory of this case after abstention." *Elec. Reliability Council of Tex., Inc. v. Just Energy Texas, L.P.*, 57 F.4th 241, 255 & n. 11 (5th Cir. 2023) (the "**Opinion**").

**WHEREAS** during a status conference held on March 1, 2023, the parties agreed, and the Court ordered, that this adversary proceeding would be stayed pending further proceedings in Texas state court.

**IT IS HEREBY ORDERED THAT:**

1. This Court has reviewed and is bound by the Opinion and will abstain.

2. This adversary proceeding is STAYED pending a further request for relief by any party.

3. The Court retains jurisdiction to implement and interpret this Order and to entertain any applications for relief from this Order.

**Signed: March 09, 2023.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

Form of Order Accepted By:

Jamil Alibhai (Jalibhai@munch.com)
Jordan Curry (jcurry@munsch.com)
John Cornwell (jcornwell@munsch.com)
John Bash (johnbash@quinnemanuel.com)
James Tecce (Jamestecce@quinnemanuel.com)
Lindsay Weber (lindsayweber@quinnemanuel.com)
Simon Barnas (simonbarnas@quinnemanuel.com)