**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>JUST ENERGY GROUP INC., <u>et</u> <u>al.</u>,<br><br>     Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 21-30823 (MI) |
| JUST ENERGY TEXAS LP, FULCRUM RETAIL ENERGY LLC, HUDSON ENERGY SERVICES LLC, JUST ENERGY GROUP, INC., and LUMINANT ENERGY COMPANY LLC,<br><br>     Plaintiffs and Plaintiff-Intervenor,<br><br>     v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., NRG ENERGY INC. and CALPINE CORPORATION,<br><br>     Defendant and Defendant-Intervenors. | Adv. Pro. 21-04399 (MI) |

**STIPULATION DISMISSING ADVERSARY PROCEEDING
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiffs Just Energy Texas LP, Fulcrum Retail Energy LLC, Hudson Energy Services LLC and Just Energy Group, Inc. in the above-captioned adversary proceeding hereby stipulate with Defendant Electric Reliability Council of Texas, Inc. to dismissal of the above-captioned adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**QUINN EMMANUEL URQUHART & SULLIVAN, LLP**

_____/s/ James C. Tecce_____
James C. Tecce (admitted *pro hac vice)*
295 Fifth Avenue
New York, New York 10016

***Counsel for Plaintiffs Just Energy Texas LP, Fulcrum Retail Energy LLC, Hudson Energy Services LLC and Just Energy Group, Inc.***

1

**MUNSCH HARDT KOPF & HARR, P.C.**

<u>      */s/ Jamil N. Alibhai*      </u>
Jamil N. Alibhai
Texas Bar No. 00793248
Ross Parker
Texas Bar No. 24007804
4000 Ross Tower
500 N. Akard Street
Dallas, Texas 75201-6659

*Counsel for Electric Reliability Council of Texas, Inc.*